

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00005-CV

| | | |
|---|---|---|
| LYNDA KNIGHT, EXECUTOR OF THE ESTATE OF WILLIAM B. BOOTH, DECEASED, Appellant | § | On Appeal from Probate Court No. 1 |
| V. | | |
| | § | of Tarrant County (2013-PR02380-1-B) |
| BEVERLY RUTHERFORD TUGGLE; EVAN WAYNE RUTHERFORD AND HIS HEIRS; SANDY JO LANKFORD RUTHERFORD; JOHN S. RUTHERFORD, III; AND DORIS R. BOOTH AND HER HEIRS, BEVERLY RUTHERFORD TUGGLE, EVAN WAYNE RUTHERFORD, AND JOHN S. RUTHERFORD, III, | § | September 14, 2023 |
| Appellees | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM